**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **DAVID TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** _____ |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CGS STORES, LLC** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT CGS STORES, LLC'S NOTICE OF REMOVAL**

---

COMES NOW, CGS Stores, LLC, by counsel, in the above-styled suit, and within the time prescribed by law, files this Notice of Removal pursuant to 28 U.S.C. § 1446, and respectfully shows the Court the following facts:

1.      Plaintiff filed a civil suit against Defendant in the Circuit Court of Knox County, State of Tennessee, where the underlying incident occurred. This suit was initially filed against Casey's General Stores, Inc. under Docket No. 1-41-25, but was amended to substitute CGS Stores, LLC as defendant and Plaintiff filed the First Amended Complaint on February 19, 2025.

2.      Plaintiff is a resident and citizen of the State of Tennessee.

3.      Defendant Casey's is an Iowa corporation with its principal place of business in Iowa. It was served with the lawsuit on February 19, 2025.

4.      Complete diversity exists between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332(a)(l).

1

5.     Plaintiff contends he is entitled to damages totaling $500,000.00. Accordingly, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.     This is an action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, and is between citizens of different States. Accordingly, this is a civil action which may be removed to this Court pursuant to provisions of 28 U.S.C. § 1446.

7.     This Notice is filed within thirty days of service upon Casey's pursuant to the requirements of 28 U.S.C. § 1446(b).

8.     CGS Stores has attached hereto copies of all process and pleadings filed in the state court in this case as follows:

- **Exhibit 1**: Complaint filed February 11, 2025;
- **Exhibit 2**: First Amended Complaint filed February 19, 2025;
- **Exhibit 3**: Waiver of Service; and
- **Exhibit 4**: Notice of Appearance

WHEREFORE, Defendant prays that this case be removed to the United States District Court for the Eastern District of Tennessee at Knoxville.

This 18th day of March, 2025.

COPELAND, STAIR, VALZ, & LOVELL, LLP

/s/ Jennifer S. Wright
ANGELA CIRINA KOPET, BPR No. 017921
JENNIFER SMITH WRIGHT, BPR No. 039863
*Counsel for Defendant*
735 Broad Street, Suite 1100
Chattanooga, TN  37402
Phone:  423-713-7075
Fax: 423-648-2283
akopet@csvl.law
jwright@csvl.law

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day served a true and correct copy of the within and foregoing *Notice of Removal* upon all parties to the matter by dropping the same in U.S. Mail with sufficient postage and electronic filing to the following parties:

James W. Friauf, Esq.
Law Office of James W. Friauf
9111 Cross Park Drive Suite D200
Knoxville, TN 37923

This 18th day of March, 2025.

COPELAND, STAIR, VALZ, & LOVELL, LLP

/s/ Jennifer S. Wright

3